JS 45 (5/97) - (Revised U.S.D.C. MA 9/20/2023)

## Criminal Case Cover Sheet — U.S. District Court - District of Massachusetts

**Place of Offense:** _____  **Category No.** II  **Investigating Agency** DoD DCIS

**City** Lexington, MA

**County** Middlesex

*FILED IN CLERKS OFFICE 2024 JUL -2 PM 4: 27 U.S. DISTRICT COURT DISTRICT OF MASS.*

**Related Case Information:**
Superseding Ind./Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number  20-MJ-2315
R 20/R 40 from District of _____

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____   ☐ Yes  ☑ No

**Defendant Name**  Jeffrey MacEachron    **Juvenile:** ☐ Yes ☐ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes ☐ No

**Alias Name:** _____

**Address:** 1041 North Hunt Club Dr

**Birth date (Yr only):** 1964  **SSN (last 4#):** 9686  **Sex:** M  **Race:** Caucasion  **Nationality:** USA

**Defense Counsel if known:** Michael Pabian    **Address:** 20 Park Plaza, Suite 1000

**Bar Number:** 684589    Boston, MA 02116

**U.S. Attorney Information**

**AUSA:** James Herbert / Chris Looney    **Bar Number if applicable:** 676187

**Interpreter:** ☐ Yes ☑ No    **List language and/or dialect:** _____

**Victims:** ☑ Yes ☐ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☐ Yes ☐ No

☐ Warrant Requested    ☑ Regular Process    ☐ In Custody

**Location Status:** _____

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**  ☐ Complaint  ☑ Information  ☐ Indictment

**Total # of Counts:**  ☐ Petty  ☐ Misdemeanor  ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 7/1/2024    **Signature of AUSA:** *Chris Looney*

JS 45 (5/97) (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant** _____

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 USC 1347 | Health Care Fraud | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013